IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MEHNER FAMILY TRUST, The, a ) <br> Nebraska Revocable Trust, RAYMOND ) <br> H. MEHNER, BARBARA A. ) <br> MEHNER, MARK A. MEHNER, ) <br> ANDREA L. MEHNER, and ) <br> ANTHONY Q. MEHNER, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> DEPARTMENT OF HOMELAND ) <br> SECURITY, et. al., ) <br> ) <br> Defendants. ) | 4:10CV3009 <br><br> MEMORANDUM AND ORDER |

On June 25, 2010, attorney Christopher A. Pfanstiel and the firm of Lewis, Pfanstiel & Williams, PC, LLO, was granted leave to withdraw as counsel of record for the plaintiffs. (Filing No. 21). The court's ruling ordered Mr. Pfanstiel to serve a copy of the withdrawal order on the plaintiffs and file a certificate of service stating he had done so. No certificate of service was filed, and Mr. Pfanstiel acknowledges he failed to send the order of withdrawal to his former clients, the plaintiffs.

Accordingly,

IT IS ORDERED:

1. The Clerk shall update the docket to reflect the following addresses for each of the plaintiffs, and shall mail copies of filing no. 21 and this order to the following:

   Raymond Mehner, Individually and as Trustee of the Mehner Family Trust
   1416 Galaxie Drive
   Hinton, IA 51024

Barbara Mehner
1416 Galaxie Drive
Hinton, IA 51024

Mark A. Mehner, #14078-047
FMC Rochester
Federal Medical Center
P.O. Box 4000
Rochester, MN 55903

Andrea L. Mehner
1201 North 138th Circle
Omaha, NE 68514

Anthony Q. Mehner
1201 North 138th Circle
Omaha, NE 68514

2.  The deadlines set forth in the court's order of June 25, 2010, (filing no. 21) are extended. On or before **August 11, 2010**:

    a.  Plaintiffs Raymond H. Mehner, Barbara A. Mehner, Mark A. Mehner, Andrea L. Mehner, and Anthony Q. Mehner shall either: (1) obtain the services of substitute counsel and have that attorney file an appearance on their behalf; or (2) file a statement informing the court of their intent to proceed in this case without counsel.

    b.  Plaintiff Mehner Family Trust shall obtain the services of substitute counsel and have that attorney file an appearance on its behalf.

3.  If the plaintiffs, or any one of them, fails to timely comply with the requirements of paragraph 2 above, this case will be subject to dismissal as to the non-complying plaintiff(s).

4.  The clerk shall mail a copy of the order to plaintiff's former attorney, Christopher A. Pfanstiel, at his address of record.

July 22, 2010.                          BY THE COURT:
                                        s/ *Cheryl R. Zwart*
                                        United States Magistrate Judge