IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

MEHNER FAMILY TRUST, The, a )
Nebraska Revocable Trust, et al., )
)
      Plaintiffs, )     4:10CV3009
)
  v. )
)     MEMORANDUM AND ORDER
DEPARTMENT OF HOMELAND )
SECURITY, et al., )
)
      Defendants. )

IT IS ORDERED:

1) The motion filed by the plaintiffs, The Mehner Family Trust, Raymond H. Mehner, Barbara A. Mehner, Mark A. Mehner, Andrea L. Mehner, and Anthony Q. Mehner, to extend the deadline for obtaining new counsel (filing no. 25), is granted.

2) On or before October 11, 2010:

   a. Plaintiffs Raymond H. Mehner, Barbara A. Mehner, Mark A. Mehner, Andrea L. Mehner, and Anthony Q. Mehner shall either: (1) obtain the services of substitute counsel and have that attorney file an appearance on their behalf; or (2) file a statement informing the court of their intent to proceed in this case without counsel.

   b. Plaintiff Mehner Family Trust shall obtain the services of substitute counsel and have that attorney file an appearance on its behalf.

3) If the plaintiffs, or any one of them, fails to timely comply with the requirements of paragraph 2 above, this case will be subject to dismissal as to the non-complying plaintiff(s).

4) The deadline for filing defendants' response to the plaintiffs' complaint is stayed pending further order of the court.

August 19, 2010.                                                BY THE COURT:

                                                                         s/ *Cheryl R. Zwart*
                                                                         United States Magistrate Judge