IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MEHNER FAMILY TRUST, The, a Nebraska Revocable Trust, RAYMOND H. MEHNER, BARBARA A. MEHNER, MARK A. MEHNER, ANDREA L. MEHNER, and ANTHONY Q. MEHNER,<br><br>        Plaintiffs,<br><br>    v.<br><br>DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>        Defendants. | 4:10CV3009<br><br>**MEMORANDUM<br>AND ORDER** |

    This matter is before the court on the Magistrate Judge's Recommendation (filing no. 29) that Plaintiff Mehner Family Trust be dismissed from this action. No objections to the Recommendation have been filed.

    I have reviewed the Magistrate Judge's Recommendation pursuant to 28 U.S.C. § 636(b)(1) and I find after de novo review that the Recommendation should be adopted.

    IT IS THEREFORE ORDERED that:

    1.    The court adopts the Magistrate Judge's Recommendation (filing no. 29). Accordingly, the claims of the Mehner Family Trust are dismissed.

    2.    Defendants have 21 days to answer or otherwise respond to Plaintiffs' Complaint.

DATED this 15th day of November, 2010.

BY THE COURT:

*Richard G. Kopf*
United States District Judge

---

\*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.