IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ANDREA L. MEHNER, | ) | 4:10CV3009 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| DEPARTMENT OF HOMELAND SECURITY, et al., | ) ) | |
| | ) | |
| Defendants. | ) | |

    This matter is before the court on Defendants' Motions to Dismiss. After careful review of the Motions and the Declarations filed in support of the Motions, the court intends to treat the Motions as ones for summary judgment. As such, the court will consider documents outside of the pleadings submitted by Defendants. The court will give Plaintiff an additional opportunity to "present all the material that is pertinent to the motion." Fed. R. Civ. P. 12(d).

    IT IS THEREFORE ORDERED that: Plaintiff shall have until February 17, 2012, in which to submit a response to the pending Motions to Dismiss, along with any "material that is pertinent to the motion." The Clerk of the court is directed to set a pro se case management deadline with the following text: February 17, 2012: deadline for Plaintiff to respond to Motions.

    DATED this 17th day of January, 2012.

                                   BY THE COURT:

                                   *Richard G. Kopf*
                                   Senior United States District Judge